UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>1) $997,986.00 in United States currency.<br><br>2) $26,603.00 in United States currency.<br><br>3) $101.00 in United States currency.<br><br>4) 21 items to include 4 pairs of sunglasses and 17 bags and purses.<br>**Defendants** *in Rem*. | CIVIL NO. 24- |

## **UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *in Rem* be filed Ex Parte, as it contains sensitive information that should remain confidential

and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of November 2024.

W. STEPHEN MULDROW
United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov