UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>**v.**<br><br>1) $997,986.00 in United States currency.<br><br>2) $26,603.00 in United States currency.<br><br>3) $101.00 in United States currency.<br><br>4) 21 items to include 4 pairs of<br>sunglasses and 17 bags and purses.<br>**Defendants *in Rem*.** | CIVIL NO. 24- |

**MOTION TO STAY PURSUANT 18 U.S.C. § 981(g)**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its Motion to Stay, respectfully states as follows:

1) The United States has filed against the Defendants *in Rem* a Verified Complaint for Forfeiture *in Rem* seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

2) Civil discovery in this matter will adversely affect the prosecution of a related criminal case in *United States v. Yamil Cuevas-Hernandez,* Criminal No. 24-190 (CVR). See ECF Nos. 17, Indictment, and 34 Bill of Particulars.

1

3)  18 U.S.C. § 981(g)(1) states: "Upon the motion of the United States, the Court shall stay the civil forfeiture proceedings if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

4)  In addition, § 981(g)(5) provides that the United States may, in support of its motion for a stay, "submit evidence *ex parte* in order to avoid disclosing any matter that may adversely affect an ongoing criminal investigation."

5)  The United States requests a stay to allow the criminal prosecution to proceed free of the adverse effect of discovery, evidentiary hearings, or other proceedings in this action.

WHEREFORE, the United States respectfully requests that the Court stay this action pending the conclusion of the criminal case, or until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of November 2024.

W. STEPHEN MULDROW
United States Attorney


*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov